# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §   CRIMINAL COMPLAINT |
| vs. | §   CASE NUMBER: DR:22-M -02698(1) |
| | § |
| (1) Harlan Eugene Fitten | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 31, 2022** in **Uvalde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(v)(I)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On October 31, 2022, the defendant, Harlan Eugene FITTEN, a US citizen, was arrested in Uvalde County, within the Western District of Texas, for conspiring to transport 12 illegal aliens further into the US. Border Patrol Agents performing roving patrol duties performed a vehicle stop on a blue Ford F-150, of which FITTEN was the driver. A total of 12 illegal aliens were found in the truck, some of whom had already stepped*

**Continued on the attached sheet and made a part of hereof.**

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ Pena, Luis A |
| | Signature of Complainant |
| | Pena, Luis A |
| | Border Patrol Agent |
| 11/04/2022 | at    DEL RIO, Texas |
| File Date | City and State |
| VICTOR ROBERTO GARCIA | |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02698(1)

(1) Harlan Eugene Fitten

**Continuation of Statement of Facts:**

out of the truck during the stop. In a sworn statement, FITTEN admitted that he was to be paid money to transport subjects further into the US. FITTEN was previously arrested for smuggling persons in Uvalde, Texas on October 07, 2022."

_____  
Signature of Judicial Officer

/s/ Pena, Luis A  
_____  
Signature of Complainant